UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BIVIANO GUZMAN-REGALADO,
(a/k/a Miguel Gutierrez),
(a/k/a Albert Aguilar),
(a/k/a Aldolfo Sigala),

        Defendant.
_____/

Case No. 1:06:CR:40

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed August 14, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Biviano Guzman-Regalado's plea of guilty to Count One of the First Superseding Indictment is accepted.  Defendant Biviano Guzman-Regalado is adjudicated guilty.

3.    Defendant Biviano Guzman-Regalado shall be detained pending sentencing.

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report.  See U.S.S.G. Ch. 6.

Dated: August 29, 2006                                     /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE